1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Eli Francis, et al. | ) | No.   CV 06-2846-PHX-PGR |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| the Navajo Nation, et al. | ) | |
| Defendants. | ) | |

On November 27, 2006, Plaintiffs filed a Complaint with this Court alleging jurisdiction pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b).  The Defendants named in the Complaint include Joan Shonie, individually and in her capacity as
an employee of the Navajo Nation, along with the Navajo Nation itself.  However, due to lack of subject matter jurisdiction, the Court must dismiss the Complaint.

According to section 1346(b) of the FTCA,

> the district courts . . . shall have exclusive jurisdiction of civil actions on claims against the United States for money damages . . . or personal injury or death caused by the negligent wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

Furthermore, 28 U.S.C. § 2671 states that a federal agency, as used in the act, includes "the executive departments, the judicial and legislative branches, the military departments, independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the United States . . ." Accordingly, a cause of action under the FTCA properly lies only against the United States, and the Navajo Nation and its employee are not proper Defendants. The Plaintiffs have not alleged that the tribal Defendants were acting as federal officers or under color of federal law. Facially, this Complaint does not adequately allege a jurisdictional basis. Therefore,

IT IS ORDERED that Plaintiffs' Complaint (Doc. 1) is dismissed for lack of subject matter jurisdiction, and the Plaintiffs shall file an Amended Complaint properly alleging a jurisdictional basis for this action, if one exists, no later than **January 5, 2007.** The Plaintiffs are hereby advised that failure to timely comply with this order will result in the dismissal of this action without further notice.

DATED this 5th day of December, 2006.

Paul G. Rosenblatt
United States District Judge