**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Eli Francis, et al. | ) | No. | CV 06-2846-PCT-PGR |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | | |
| vs. | ) | | **ORDER** |
| | ) | | |
| | ) | | |
| United States of America, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| _____ | ) | | |

Pursuant to Plaintiffs' Motion to Continue Scheduling Conference (Doc. 13), and good cause appearing;

IT IS HEREBY ORDERED that the Plaintiff's motion is GRANTED.   The Scheduling Conference currently set for June 4, 2007 is VACATED and RESET for August 6, 2007 at 1:30 p.m. in Courtroom 601 before the Honorable Paul G. Rosenblatt.

IT IS FURTHER ORDERED that the parties' Joint Case Management Report is due to the Court on or before July 23, 2007.

DATED this 29th day of May, 2007.


Paul G. Rosenblatt
United States District Judge