**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Eli Francis, et al. | ) | No. | CV 06-2846-PCT-PGR |
| Plaintiffs, | ) | | |
| vs. | ) | | **ORDER** |
| United States of America, | ) | | |
| Defendant. | ) | | |

Having considered the parties' *Stipulated Motion to Dismiss without Prejudice* (Doc. 19), and good cause appearing,

IT IS HEREBY ORDERED that the this matter is DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and fees.

DATED this 12th day of September, 2007.

Paul G. Rosenblatt
United States District Judge